No. 03–7933.  MAZYCK v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 03–7934.  JESSEN v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir.  Certiorari denied.

No. 03–7939.  OGUAJU v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 03–7942.  CRAWFORD v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 03–7943.  CURTIS v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 03–7944.  DIAZ-BURGOS v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 03–7948.  HENDERSON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 03–7953.  GUERRA v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 03–7955.  HALL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 03–7956.  HATCHES v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 03–7962.  WILLIAMS v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 03–7963.  TENNILLE v. DAVIS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 03–7967.  BROWN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 03–7970.  MASKO v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA.  C. A. 4th Cir. Certiorari denied.

No. 03–7977.  GONZALEZ-VALENTIN v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.